STROMBERG, Respondent, v. TRIBUNE ASS'N, Appellant. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by Philip Stromberg against the Tribune Association. No opinion. Motion granted.

In re STRONG. (Supreme Court, Appellate Division, First Department. January 22, 1904.) In the matter of Elizabeth L. Strong, deceased. W. R. Adams, for appellant. J. S. Darcy and J. Ewen, for respondents. No opinion. Decree affirmed, with costs.

In re SUGARMAN. (Supreme Court, Appellate Division, First Department. February 5, 1904.) In the matter of Ascher D. Sugarman. No opinion. The respondent should verify his answer.

SULLIVAN, Appellant, v. ADLER VENEER SEAT CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 25, 1904.) Action by Nora Mary Sullivan against the Adler Veneer Seat Company. No opinion. Judgment and order affirmed by default, with costs.

SULLIVAN et al., Respondents, v. GREMS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 26, 1904.) Action by Daniel F. Sullivan and another against Harry B. Grems and another. No opinion. Judgment and order affirmed, with costs.

SUSE, Respondent, v. BIGLIN, Appellant, et al. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Leontine Suse against Barnard Biglin, impleaded. R. J. Fox, for appellant. W. C. Cammann, for respondent. No opinion. Judgment and order affirmed, with costs.

SUSE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Leontine Suse against the Metropolitan Street Railway Company. C. F. Brown, for appellant. W. C. Cammann, for respondent. No opinion. Judgment and order affirmed, with costs.

SUSSMAN, Appellant, v. BERRY, Respondent. (Supreme Court, Appellate Division, Second Department. January 15, 1904.) Action by Adolph Sussman against Harris Berry. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

SWIFT v. ASPELL & CO. (Supreme Court, Appellate Division, First Department. February 5, 1904.) Action by Charles N. Swift against Aspell & Co. No opinion. Motion denied, with $10 costs.

TALBOTT, Respondent, v. SHEAR, Appellant. (Supreme Court, Appellate Division, Third Department. March 2, 1904.) Action by Joseph B. Talbott against Russell Shear. No opinion. Motion denied, upon appellant paying defendant, within 10 days from the service of this order, $10 costs of this motion and $10 term fee. In case of failure to pay the same, motion granted, with $10 costs.

TAYLOR, Respondent, v. McCLYMONDS, Appellant. (Supreme Court, Appellate Division, Second Department. March 11, 1904.) Action by Josiah Taylor against J. Walter McClymonds, as executor, etc., of Louis K. McClymonds, deceased. No opinion. Judgment and order unanimously affirmed, with costs.

TENEMENT HOUSE DEPARTMENT OF NEW YORK v. MOESCHEN (two cases). (Supreme Court, Appellate Division, First Department. February 19, 1904.) Actions by the Tenement House Department of New York against Katie Moeschen. No opinion. Motion granted. Question to be settled on presentation of order.

THOMAS, Respondent, v. CITY OF WATERTOWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1904.) Action by Alcinda Thomas against the city of Watertown. No opinion. Judgment and order affirmed, with costs.

THURSTON v. CYPRESS HILLS CEMETERY et al. (Supreme Court, Appellate Division, First Department. January 22, 1904.) Action by George W. Thurston against the Cypress Hills Cemetery and others. No opinion. Motion denied, with $10 costs.

In re TOTTEN. (Supreme Court, Appellate Division, Second Department. January 22, 1904.) In the matter of the judicial settlement of the account of William H. B. Totten, as administrator, etc., of Fanny Amelia Lattan, deceased. No opinion. Motion denied.

TRADERS' NAT. BANK OF ROCHESTER, Respondent, v. SHIRE, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 29, 1904.) Action by the Traders' National Bank of Rochester against Moses Shire, as administrator, etc. No opinion. Judgment and order affirmed, with costs, upon the opinion of this court in Flour City National Bank v. Same Defendant, reported 88 App. Div. 401, 84 N. Y. Supp. 810.

TRAUBER v. THIRD AVE. R. CO. (Supreme Court, Appellate Division, First Department. February 11, 1904.) Action by George T. Trauber against the Third Avenue Railroad Company. No opinion. Motion denied, with $10 costs.

TREANOR, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 19, 1904.) Action by Hugh Treanor against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. B. Kerr, for respondent. No opinion. Judgment and order affirmed, with costs.